IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**MELVIN BROWN**                                                                                          **PLAINTIFF**

**v.**                                              **3:06CV00215-WRW**

**CARL ANDREW SKAGGS,**
**Officer with the West Memphis**
**Police Department,** *et al*.                                                                   **DEFENDANTS**

## ORDER

Pending is Defendants' Motion for Extension of Time to Conduct Discovery (Doc. No. 24). On June 7, 2007, Defendants propounded Interrogatories and Requests for Production to Plaintiff. Plaintiff, who is acting *pro se*, has not responded. Defendants have been unable to located Plaintiff at the address he provided the Clerk of the Court. For good cause shown, Defendants' Motion is GRANTED. Discovery is extended until August 27, 2007; however, all other deadlines remain the same.

Mr. Brown is reminded that even though he is proceeding *pro se*, he is required to follow the rules which lawyers are required to follow, including the local rules of the Eastern District of Arkansas. Mr. Brown is directed to notify the Clerk of the Court and opposing counsel immediately of any address or telephone changes.

IT IS SO ORDERED this 25th day of July, 2007.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE