# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**MELVIN BROWN**                                                            **PLAINTIFF**

**v.**                             **NO. 3:06CV00215-WRW**

**CARL ANDREW SKAGGS,**
**Officer with the West Memphis**
**Police Department,** *et al*.                                  **DEFENDANTS**

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that Plaintiff's claim be DISMISSED WITHOUT PREJUDICE.

DATED this 22nd day of August, 2007.

                                           /s/ Wm. R. Wilson, Jr.
                                           UNITED STATES DISTRICT JUDGE